UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH JONES,

        Plaintiff,

                                      Case No. 14-CV-14484

vs.                                           HON. GEORGE CARAM STEEH

J. WIERMAN and ALFRED JONES,

        Defendants.

_____/

ORDER ACCEPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION [DOC. 30]

      This matter is before the court on plaintiff Joseph Jones's action alleging that defendants violated his rights while he was incarcerated at the G. Robert Cotton Correctional Facility in Jackson, Michigan ("JCF"). Plaintiff's claims arise out of the fact that he had suffered an injury prior to being incarcerated, had been prescribed certain medication to manage his pain, and that the JCF medical staff prescribed him Tylenol as opposed to his desired medication. Plaintiff sued defendant nurse practitioner Wierman because she determined what medication he received and he sued defendant Alfred Jones because he denied a grievance appeal that plaintiff submitted regarding the medication change. Defendants Alfred Jones [doc. 24] and Wierman [doc. 25] each filed motions for summary judgment.

      This matter is presently before the court on Magistrate Judge Grand's report and recommendation addressing defendant Alfred Jones's motion for summary judgment. Magistrate Judge Grand recommends that defendant Jones's motion for summary judgment should be granted because plaintiff fails to show that defendant Jones was

personally involved in the alleged unconstitutional activity - the actual decision by plaintiff's medical treaters to deny certain medication in favor of other medication. Plaintiff did not file objections to the report and recommendation within the established time period.[1] The court has reviewed the file, record, and magistrate judge's report and recommendation.

The court agrees with the analysis conducted by the magistrate judge, and therefore accepts his recommendation that defendant Jones's motion for summary judgment be GRANTED.

Dated: July 18, 2016

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on July 18, 2016, by electronic and/or ordinary mail and also on Joseph Jones #139995, 28473 Jahns Rd. Roseville, MI 48066.

s/Barbara Radke
Deputy Clerk

---

[1] Plaintiff submitted a letter to the court on July 7, 2016 in which he describes the pain treatment he received after being released from JCF [doc. 32]. This letter might be construed as a response to Magistrate Judge Grand's order to show cause in relation to defendant Wierman's motion for summary judgment. The letter does not address the legal issues raised by defendant Jones, and will not be construed by the court as objections to the report and recommendation relating to Jones's motion for summary judgment.