UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH JONES,

        Plaintiff,

                                                                                                  Case No. 14-CV-14484

vs.                                                                      HON. GEORGE CARAM STEEH

J. WIERMAN and ALFRED JONES,

        Defendants.
_____/

ORDER ACCEPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION [DOC. 38]

      This matter is before the court on plaintiff Joseph Jones's action alleging that defendant Jennifer Wierman was deliberately indifferent to Jones's serious medical needs in her provision of medical care to him while he was incarcerated at the G. Robert Cotton Correctional Facility in Jackson, Michigan ("JCF"). Plaintiff's claims arise out of the fact that he suffered an injury prior to being incarcerated, had been prescribed certain medication to manage his pain, and that the JCF medical staff prescribed him Tylenol as opposed to his desired medication. Plaintiff sued defendant nurse practitioner Wierman because she determined what medication he received and he sued defendant Alfred Jones because he denied a grievance appeal that plaintiff submitted regarding the medication change. The court previously granted defendant Alfred Jones's motion for summary judgment.

      This matter is presently before the court on Magistrate Judge Grand's report and recommendation addressing defendant Wierman's motion for summary judgment. Magistrate Judge Grand recommends that defendant Wierman's motion for summary

-1-

judgment be granted because plaintiff fails to show that defendant Wierman violated his Eighth Amendment right to be free from cruel and unusual punishment. Plaintiff did not file objections to the report and recommendation within the established time period. The court has reviewed the file, record, and magistrate judge's report and recommendation.

The court agrees with the analysis conducted by the magistrate judge, and therefore accepts his recommendation that defendant Wierman's motion for summary judgment be GRANTED.

Dated: November 7, 2016

                                              s/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on November 7, 2016, by electronic and/or ordinary mail and also on Joseph Jones #139995, 42605 Orchard, Clinton Township, MI 48036.

s/Barbara Radke
Deputy Clerk

---